Date: 03/30/11 CK #103  RECP #152156                                       Page:

## DIVIDENDS REMITTED TO THE COURT
Check Number 103 Dated 03/30/11
Case Number 10-10745 - WORCESTER, DREXEL L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | 000002 | 7,611.41 | 3.73 |
| Jaworski Physical Therapy, Inc.<br>6150 Emerald Street<br>North Ridgeville, OH 44039<br>(3-1) sp | 000003 | 437.00 | 0.21 |
| ENT Health Services, Inc.<br>25761 Lorain Road, 3rd Floor<br>North Olmsted, OH 44070-3327<br>(4-1) medical services | 000004 | 520.86 | 0.26 |
| City of North Ridgeville Dept of Taxation<br>c/o Keith D. Weiner & Assoc Co LPA<br>75 Public Sq 4th Fl<br>Cleveland, Ohio 44113<br>(5-1) City Income Taxes | 000005A | 7,189.84 | 3.53 |
| Asset Acceptance, LLC<br>PO Box 2036<br>Warren, MI 48090<br>(6-1) 30899383 | 000006 | 72.56 | 0.04 |
| Asset Acceptance, LLC<br>PO Box 2036<br>Warren, MI 48090<br>(7-1) 32428346 | 000007 | 86.54 | 0.04 |
| OHIO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141<br>(9-1) ELECTRIC SERVICE | 000009 | 39.93 | 0.02 |
| University Hospital Medical Group<br>PO Box 74116<br>Cleveland, OH 44194-4116<br>(11-1) Services Rendered | 000011 | 82.74 | 0.04 |
| ---------- Remittance Total ---------------- | | 16,040.88 | 7.87 |

RICHARD A. BAUMGART, Trustee

Printed: 03/30/11 02:39 PM   Ver: 16.01c

10-10745-aih    Doc 33    FILED 04/05/11    ENTERED 04/05/11 14:23:00    Page 1 of 1